UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA CERVANTEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>           Defendant. | No.  1:25-CV-00790 (EPG)<br><br>**STIPULATION FOR BRIEFING EXTENSION; ORDER** |

      On June 30, 2025, Plaintiff Anita Cervantez filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits. (ECF Doc. 1). Defendant responded to Plaintiff's Complaint on August 28, 2025. (ECF Doc. 10.  Plaintiff's motion for summary judgment is currently due to be filed on or before September 29, 2025. (ECF Doc. 5, p.2:15-16)

      Pursuant to this Court's Scheduling Order, Plaintiff seeks an extension of thirty-five (35) days to file her motion. (*Id*. at p. 3:20-21). This is Plaintiff's first request for an extension of time. Plaintiff's counsel seeks the extension due to a recent unexpected surgical procedure which required time away from the office thereby altering and now causing conflicting briefing

deadlines in other matters before the Court. Furthermore, Plaintiff's counsel was not involved at the administrative level and a close review of the administrative record concerning Plaintiff's medical issues and vocational background is necessary and required. *See, Costa v. Comm'r. of Soc. Sec. Admin.*, 690 F.3d 1132, 1134 at n.1 (9th Cir. 2021) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. Defendant has no objection to the requested extension.

Respectfully submitted,

Dated: September 15, 2025

NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
ANITA CERVANTEZ

Dated: September 15, 2025

ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: *Oscar Gonzalez de Llano*\*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

Based on the parties' stipulation for a briefing extension, IT IS ORDERED that Plaintiff shall be granted an extension of time of thirty-five (35) days to file her Opening Brief. The Opening Brief shall be filed on or before **November 3, 2025,** and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **September 16, 2025**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE