UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA CERVANTEZ.,<br><br>            Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.   1:25-cv-00790-EPG<br><br>ORDER REGARDING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 13) |

On November 3, 2025, Plaintiff Anita Cervantez and Defendant Commissioner of Social Security filed a joint stipulation dismissing the action with prejudice. (ECF No. 13). Further, the joint stipulation provided that each party bear their own costs, fees and expenses. (*Id.*).

Upon consideration of the parties' stipulation, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The action is dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **November 4, 2025**                     /s/ Erica P. Grosjean
                                                                                UNITED STATES MAGISTRATE JUDGE

1